UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   JUDGE KAPLAN
NOBLE AMERICAS CORP.

        Plaintiff,

  - against -                                08 Civ. 1552

A.P. MOLLER-MAERSK A/S d/b/a MAERSK
LINE                                            FRCP RULE 7.1
                                                  DISCLOSURE STATEMENT
        Defendants.
------------------------------------------------------------x

    NOW comes Plaintiff, NOBLE AMERICAS CORP., and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

    NOBLE AMERICAS CORP. is a wholly owned subsidiary of THE NOBLE GROUP.

    THE NOBLE GROUP is a publicly traded company (NOBG) on the Singapore Stock Exchange.

Dated: New York, New York
         February 14, 2008

                                      CASEY & BARNETT, LLC
                                      Attorneys for Plaintiff

                              By: _____
                                      Christopher M. Schierloh (CS-6644)
                                      317 Madison Avenue, 21st Floor
                                      New York, NY 10017
                                      (212) 286-0225