107-08/WJP

FREEHILL, HOGAN & MAHAR
Attorneys for Defendant
A.P. MOLLER-MAERSK A/S
80 Pine Street
New York, New York 10005-1759
(212) 425-1900
William J. Pallas (WP 6201)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NOBLE AMERICA'S CORP.,

                         Plaintiff,                     08 Civ. 1552 (LAK)

           Against

A.P. MOLLER-MAERSK A/S d/b/a MAERSK LINE        **LOCAL RULE 7.1**
                                                           **STATEMENT**
                        Defendant.

-------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant A.P. Moller-Maersk A/S (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

NYDOCS1/304341.1

Dated: New York, New York
      May 8, 2008

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Maersk Defendants

By:    */s/ William J. Pallas*
          WILLIAM J. PALLAS (WP6201)
          80 Pine Street
          New York, New York 10005
          (212) 425-1900