09-May-2008 08:36 AM Casey & Barnett, LLC 212-286-0261

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY O BARNETT**

CHRISTOPHER M. SCHIERLOH

* Admitted in NY and NJ
** Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel: (973) 993-5161
Fax: (973) 539-6409

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

May 9, 2008

Via Facsimile: (212) 805-7910

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

**MEMO ENDORSED**

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, 6/9/08, if the settlement is not consummated by then.

SO ORDERED:

/s/ Lewis A. Kaplan
Lewis A. Kaplan
U.S.D.J.   5/9/08

Re:   *Noble Americas Corp. v. A.P. Moller-Maersk A/S*
      2008 Civ. 1552 (LAK)
      Our File: 306-04

Dear Honorable Judge:

We represent the plaintiff in the above referenced matter. We are writing to inform the Court that plaintiff and defendant have agreed to settle the captioned litigation.

In light of the foregoing, we respectfully request Your Honor enter an Order of Dismissal of the action, with prejudice, subject to reopening by the plaintiff if the settlement is not consummated by June 9, 2008.

Respectfully submitted,

Christopher M. Schierloh

CMS/crm

cc:   Michael Fernandez
      Via Facsimile: (212) 425-1901